**E-Filed 3/30/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TUAN HAI DANG, et al., | Case Number C 10-1283 JF (HRL) |
| Plaintiffs, | ORDER[1] DENYING APPLICATION FOR TEMPORARY INJUNCTIVE RELIEF |
| v. | |
| HSBC BANK USA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; EXECUTIVE TRUSTEE SERVICES, LLC; and GMAC MORTGAGE, LLC, | [Re: Document No. 1 ] |
| Defendants. | |

On March 26, 2010, purportedinig to act on behalf of the Plaintiffs, William Bullock Stewart III ("Stewart") filed a complaint in the above-entitled action. To the extent that the complaint, which seeks immediate injunctive relief, is intended as an application for a temporary restraining order ("TRO"), the application will be denied.

Stewart is not a party to this action. Because he is not an attorney, he cannot lawfully act as such on behalf of Plaintiffs. While statutes that permit private citizens to act as private attorneys general enable citizens to act as plaintiffs on behalf of the public interest in certain

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 10-1283 JF (HRL)
ORDER DENYING APPLICATION FOR TEMPORARY INJUNCTIVE RELIEF
(JFLC3)

cases, they do not authorize the unlicensed practice of law. Moreover, none of the Plaintiffs' signatures appears anywhere on the complaint or on the applications to proceed in forma pauperis.

      The application for relief is **DENIED.**

DATED: 3/30/2010

                                    JEREMY FOGEL
                                    United States District Judge