**E-Filed 4/9/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TUAN HAI DANG, et al., | Case Number C 10-1283 JF (HRL) |
| Plaintiffs, | **ORDER[1] STRIKING PURPORTED MOTION FOR RECUSAL** |
| v. | |
| HSBC BANK USA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; EXECUTIVE TRUSTEE SERVICES, LLC; and GMAC MORTGAGE, LLC, | |
| Defendants. | |

On March 31, 2010, Plaintiff Kim Dang filed a pleading entitled "Recusal of Judge for Cause and True Bill for Judge's Acts." Plaintiff seeks to recuse the undersigned judge on the basis of alleged bias against William Bullock Stewart III, a non-attorney who purports to act as Plaintiffs' counsel in this action as a "private attorney general." Treating Plaintiff's pleading as a motion for recusal, the Court finds that the motion is frivolous and finds no support in federal law. To succeed on a motion for recusal, a party must comply with the procedural requirements of 28 U.S.C. § 144. The party also must demonstrate that a "reasonable person with knowledge

---

[1] This disposition is not designated for publication in the official reports.

1  of all the facts would conclude that the judge's impartiality might reasonably be questioned."
2  *Clemens v. U.S. Dist. Court for Cent. Dist. of Cal.*, 428 F.3d 1175, 1178 (9th Cir. 2008) (internal
3  citations and quotation marks omitted).  A judge's ruling on a contested matter rarely may serve
4  as a basis for recusal.  *Liteky vs. United States*, 510 U.S. 540, 555 (1994).
5      The pleading is hereby stricken.

7  DATED: 4/9/2010

                                                                  _____
JEREMY FOGEL
United States District Judge

2

Case No. C 10-1283 JF (HRL)
ORDER STRIKING PURPORTED MOTION FOR RECUSAL
(JFLC3)

1  This Order has been served upon the following persons:

2  Tuan Hai Dang
   c/o R.A. Guancione
3  Notary Acceptor
   POB 641641
4  San Jose, CA 95164

5  Doris Buu
   c/o R.A. Guancione
6  Notary Acceptor
   POB 641641
7  San Jose, CA 95164

8  Kim Dang
   c/o R.A. Guancione
9  Notary Acceptor
   POB 641641
10 San Jose, CA 95164

11 Kenny Kieu
   c/o R.A. Guancione
12 Notary Acceptor
   POB 641641
13 San Jose, CA 95164

14 Cassie Buu
   c/o R.A. Guancione
15 Notary Acceptor
   POB 641641
16 San Jose, CA 95164

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 10-1283 JF (HRL)
ORDER STRIKING PURPORTED MOTION FOR RECUSAL
(JFLC3)