**E-Filed 5/3/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TUAN HAI DANG, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HSBC BANK USA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; EXECUTIVE TRUSTEE SERVICES, LLC; and GMAC MORTGAGE, LLC,<br><br>　　　　　　　Defendants. | Case Number C 10-1283 JF (HRL)<br><br>**ORDER[1] DISMISSING ACTION WITHOUT PREJUDICE** |

On April 9, 2010, the Court denied Plaintiffs' applications to proceed *in forma pauperis*. As of the date of this order, no Plaintiff has paid the required filing fee.

On April 28, 2010, Plaintiffs Tuan Hai Dang ("Tuan Hai") and Kim Dang ("Kim"), proceeding *pro se*, requested dismissal of the action without prejudice. Both Tuan Hai and Kim also filed declarations asserting that they were not signatories to the complaint. Kim also asserted that she signed certain previously filed declarations upon the advice and instruction of William Buckley Stewart III ("Stewart"), who entered into a contingency fee contract to act on

---

[1] This disposition is not designated for publication in the official reports.

1 | behalf of Plaintiffs despite the fact that he is not an attorney.  The Court already has rejected
2 | Stewart's contention that he may act on Plaintiffs' behalf as a "private attorney general."  (*See*
3 | Doc. No. 12.)
4 |     Good cause therefor appearing, the Court will dismiss the action without prejudice.
5 |
6 |     IT IS SO ORDERED.
7 |
8 | DATED: 5/3/2010
9 |                                         _____
10|                                         JEREMY FOGEL
                                            United States District Judge

This Order has been served upon the following persons:

Tuan Hai Dang
439 Verano Court
San Jose, CA 95111

Doris Buu
c/o R.A. Guancione
Notary Acceptor
POB 641641
San Jose, CA 95164

Kim Dang
439 Verano Court
San Jose, CA 95111

Kenny Kieu
c/o R.A. Guancione
Notary Acceptor
POB 641641
San Jose, CA 95164

Cassie Buu
c/o R.A. Guancione
Notary Acceptor
POB 641641
San Jose, CA 95164

Case No. C 10-1283 JF (HRL)
ORDER DISMISSING ACTION WITHOUT PREJUDICE
(JFLC3)